**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6289**

_____

UNITED STATES OF AMERICA,

                   Plaintiff – Appellee,

     v.

VICTOR WILLIAM HARGRAVE,

                   Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury. James A. Beaty, Jr., Chief District Judge. (4:95-cr-00186-JAB-1)

_____

Submitted: May 26, 2011           Decided: June 1, 2011

_____

Before KING, SHEDD, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Victor William Hargrave, Appellant Pro Se. L. Patrick Auld, Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor William Hargrave appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hargrave, No. 4:95-cr-00186-JAB-1 (M.D.N.C. Feb. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED